HYLE et al., Respondents, v. HALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Edward C. Hyle, as trustees, etc., and others, against George A. Hall and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., having been present at the argument of the appeal, died on the 8th

day of May, 1913, without having taken any part in the determination of this appeal.